THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SYLVESTER HAROLD PHILLIPS, Defendant-Appellant.

(No. 59801;

First District (1st Division)—June 16, 1975.

1032

PER CURIAM.
EGAN, J., took no part.

James J. Doherty, Public Defender, of Chicago (Edmund B. Moran, Jr., Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Eugene J. Rudnik, Jr., Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICKY BELL *et al.*, Defendants-Appellants.

(No. 59890;

First District (1st Division)—June 16, 1975.